UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANDREA LEHEUP,

                Plaintiff,                                    FIRST AMENDED COMPLAINT
                                                                  12 CV 8781 (AJN)(AJP)

            -against-

SALVATORE SAETTA, Shield 18032, MARIO
DIMANCHE, Shield 8073, and UNKNOWN
POLICE OFFICERS, employees of the New York
City Police Department,

                Defendants.

                                                                     Jury Trial Demanded

------------------------------------------------------------x

       ANDREA LEHEUP, by her attorney, The Law Office of Fred Lichtmacher, P.C., alleges the following upon information and belief as her First Amended Complaint:

### Nature of the Action

1.     This civil rights action arises from defendants' August 26, 2012 unlawful arrest and use of force on Andrea LeHeup. Plaintiff seeks compensatory and punitive damages for violation of her civil rights under 42 U.S.C. §1983.

### Jurisdiction and Venue

2.     This action arises under the United States Constitution and 42 U.S.C. §1983. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 and §1343(3).

3.     Under 28 U.S.C. §1391(b) and (c), venue is proper in the Southern District of New York because defendant City of New York resides in that judicial District.

## Parties

4. Plaintiff ANDREA LEHEUP is an adult woman and citizen of the United States residing in the State and City of New York, County of New York.

5. Defendants SALVATORE SAETTA, Shield 18032, MARIO DIMANCHE, Shield 8073, and UNKNOWN POLICE OFFICERS (the "individual defendants") were at all times relevant duly appointed and acting police officers acting within the scope of their employment by defendant City of New York's Police Department and assigned, upon information and belief, to the 10th Precinct in New York, New York.

6. The individual defendants are liable either for directly participating in the acts described herein or for failing to intervene to prevent, end, or truthfully report the unlawful conduct to which Ms. LeHeup was subjected despite having a reasonable opportunity to do so. They are sued in their individual capacity.

7. At all times relevant, the individual defendants were acting under color of state law.

## Facts Underlying
## Plaintiff's Claims for Relief

8. On April 26, 2012 at approximately 10:30 p.m., plaintiff Andrea LeHeup joined a group of friends at the "Grey Dog Café" on 242 West 16th Street in Manhattan.

9. As Ms. LeHeup arrived at the head of the line to place her order, the male behind the counter said he was going to call the police on one of her friends.

10. Plaintiff was sitting at a table closest to the door when two to three male police officers, believed to include defendants Saetta and Dimanche, approached her table and told her to leave.

11. Defendant Saetta grabbed plaintiff by both arms and pulled her to her feet.

12. Saetta took Ms. LeHeup outside the restaurant and slammed her up against a wall.

13. Plaintiff was then thrown to the ground by officer Saetta, her face was held down and she was choked by individual defendants.

14. One or more of the individual defendants placed handcuffs on plaintiff extremely tightly and refused to loosen them despite her repeatedly telling individual defendants that the overly tightened handcuffs were hurting her.

15. Individual defendants, including Saetta and Dimanche, shoved, pushed, and pulled Ms. LeHeup, and took plaintiff to East 16th Street, out of sight of the restaurant.

16. Plaintiff begged the officers to loosen the handcuffs, as she works with her hands, but they refused to do so.

17. An ambulance arrived at the scene and defendant Saetta and a female EMT rode with Ms. LeHeup in the ambulance to Bellevue Hospital.

18. The individual defendants caused or allowed Ms. LeHeup to be brought to Bellevue Hospital Center based on false allegations that plaintiff was an emotionally disturbed person (EDP).

19. Ms. LeHeup was placed on a stretcher at the hospital and individual defendants sadistically strapped plaintiff's arms and legs with restraints, using pressure so tight that it

restricted her circulation and caused her pain, including strapping plaintiff's left arm so tightly that her index finger turned blue.

20. An individual defendant held plaintiff's head down and another covered her mouth, interfering with her ability to breath.

21. The officer covering plaintiff's mouth covered his badge to prevent plaintiff from seeing his name.

22. Plaintiff was taken into the emergency room begging to have the tight restraints loosened.

23. At Bellevue, plaintiff was given a thumb splint for an injury the defendants inflicted on her.

24. Hospital staff examined plaintiff and thereafter released her.

25. Plaintiff's arms were severely bruised and she remained in great pain for weeks after the incident.

26. To this day, plaintiff has diminished strength in her left hand, which is her dominant hand.

27. As a direct result of defendants' actions, Ms. LeHeup suffered physical injury, emotional upset and trauma, fear, humiliation, and deprivation of her constitutional rights, among other injuries. She suffered great pain, her injury persisted for several months, and her ability to fully use her hand is still limited. She still suffers from ongoing physical and emotional harms, has incurred medical expenses, and faces future medical care and expenses.

28. The individual defendants, despite having a reasonable opportunity to do so, took no action to prevent, end, or truthfully report the misconduct to which Ms. LeHeup was subjected.

29. The individual defendants acted intentionally, willfully, maliciously, negligently, and with reckless disregard for and deliberate indifference to plaintiff's rights and physical and mental well-being.

### FIRST CLAIM FOR RELIEF
### AGAINST THE INDIVIDUAL DEFENDANTS FOR VIOLATING PLAINTIFF'S RIGHT TO BE FREE FROM UNREASONABLE FORCE UNDER THE FOURTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION

30. Plaintiff repeats the allegations of paragraphs 1-29 above as though fully stated herein.

31. By the actions described above, the individual defendants or some of them deprived Ms. LeHeup of her rights secured by the Constitution and laws of the United States in violation of 42 U.S.C. §1983, including, but not limited to her right to be free from excessive and unreasonable force.

32. As a consequence thereof, Andrea LeHeup has been injured.

### SECOND CLAIM FOR RELIEF FOR
### VIOLATING PLAINTIFF'S RIGHT TO BE FREE FROM UNREASONABLE SEIZURES UNDER THE FOURTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION

33. Plaintiff repeats the allegations of paragraphs 1-29 as though fully stated herein.

34. By the actions described above, the individual defendants or some of them deprived Ms. LeHeup of her rights secured by the Constitution and laws of the United States in

violation of 42 U.S.C. §1983, including, but not limited to her right to be free and secure in his person and his right to be free arrest or search, except on probable cause or pursuant to warrant.

35. As a consequence thereof, Andrea LeHeup has been injured.

<u>Request for Relief</u>

WHEREFORE, plaintiff respectfully requests that judgment be entered that her rights under the Fourth and Fourteenth Amendments of the United States Constitution were violated and:

(A) Compensatory damages in an amount to be fixed at trial;

(B) By reason of the wanton, willful and malicious character of the conduct complained of herein, punitive damages from the individual defendants in an amount to be fixed at trial;

(C) An award to plaintiff of the costs and disbursements herein;

(D) An award of attorney's fees under 42 U.S.C. §1988; and

(E) Such other and further relief as this Court may deem just and proper.

Dated: February 25, 2013
   New York, New York

                        The Law Office of Fred Lichtmacher, PC
                        *Attorney for Plaintiff*
                        The Empire State Building
                        350 Fifth Avenue, Suite 7116
                        New York, New York 10118
                        (212) 922-9066

                        By: Fred Lichtmacher